UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN RESTIVO,

          Petitioner,

-against-

CHRISTOPHER ARTUZ, Superintendent,
Of Green Haven Correctional Facility,
          Respondent.

Civil Action No. 97-CV-4865

(Hurley, J.)
(Lindsay, M.J.)

**STIPULATION OF DISMISSAL**

It is hereby STIPULATED by Petitioner John Restivo, by the Innocence Project, and the Office of the District Attorney of Nassau County, for Respondent, that the above-titled action be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the underlying state-court convictions on which the Petition for a writ of habeas corpus was based having been vacated by Order of the Supreme Court of the State of New York, Hon. Victor M. Ort, on June 11, 2003. A copy of said Order is attached as Exhibit A. Each side to assume its own costs.

Dated: June 25, 2003

*The Clerk of Court is directed to CLOSE this case.*

SO ORDERED,

*Pator*

Respectfully submitted,

_Barry Scheck /TM_
Barry Scheck (BS 4612)
Nina Morrison (NM 3021)
Innocence Project, Cardozo School of Law
55 Fifth Avenue
New York, New York 10003

neys for Petitioner John Restivo

_by G. Weinstein/TM_
s Dillon
A. Weinstein (PW 7745)
e of the District Attorney, Nassau County
Old Country Road
eola, New York 11501
) 571-3800

rneys for Respondent